PROB. 12 (Rev. 3/88)

Case 2:02-cr-20162-JPM   Document 93   Filed 07/12/05   Page 1 of 2   PageID 109

FILED BY _____ D.C.

05 JUL 12 PM 12: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

## UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

## MEMPHIS DIVISION

U.S.A. vs. BARBARA PATRICK                     Docket No.  2:02CR20162-03

### Petition on Probation and Supervised Release

**COMES NOW** NICOLE D. PETERSON **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Barbara Patrick who was placed on supervision by the Honorable Jon Phipps McCalla sitting in the Court at Memphis, TN on the 15th day of November, 2002 who fixed the period of supervision at five (5) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. Pay restitution in the amount of $30,000 (outstanding balance: $29,870.00).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

After reviewing Barbara Patrick's monthly income and necessary expenses, it appears that ten percent (10%) of her monthly gross income is an appropriate payment plan.

**PRAYING THAT THE COURT WILL ORDER** that Barbara Patrick's restitution payments be set ten (10%) percent of her gross monthly income.

### ORDER OF COURT

Considered and ordered this 8 day of July, 2005 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

_____
Nicole D. Peterson
U.S. Probation Officer

Place Memphis, Tennessee

Date July 8, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 93 in case 2:02-CR-20162 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT